UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CBRE, INC.,

                           **Plaintiff,**                    17-CV-2452 (ALC)(SN)

       -against-                                    **ORDER**

THE PACE GALLERY OF NEW YORK, INC.,
et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On January 13, 2020, the parties submitted a joint letter to the Court seeking leave to file certain exhibits to their experts' reports under seal. The documents at issue—lease agreements and charts prepared by Plaintiff's expert summarizing material in those agreements—contain information, including about Pace Gallery's rent, that Pace Gallery considers to be confidential.

    The parties do not explain the purpose of filing their expert materials unaccompanied by a relevant motion, and the Court is unaware of any reason to do so. It is the Court's view that these materials should not be part of the record at this time. That said, if the parties persist on filing these documents on the record, the request to file under seal is DENIED without prejudice, as neither party has made a showing of "countervailing factors" that would override the presumption of public access to judicial documents. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006).

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    January 14, 2020
                 New York, New York