USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br> -against- <br><br> THE PACE GALLERY OF NEW YORK, INC., ET AL., <br><br> Defendant. | 1:17-cv-02452 (ALC) <br><br> ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters, concerning their anticipated motions for summary judgment. *See* ECF Nos. 167–70. The Parties' requests for pre-motion conferences are **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| **Motions for Summary Judgment:** | March 5, 2020 |
| **Oppositions to Motions for Summary Judgment:** | April 7, 2020 |
| **Replies to Opposition:** | April 21, 2020 |

SO ORDERED.

Dated: February 4, 2020
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge