UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CBRE, INC.,

                          **Plaintiff,**                      17-CV-2452 (ALC)(SN)

      -against-                                  **ORDER**

**THE PACE GALLERY OF NEW YORK, INC.,**
et al.,

                         **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Clerk of Court is respectfully requested to strike the expert reports filed on the docket at ECF Nos. 132 and 133.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 18, 2020
                New York, New York