```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CBRE, INC.,

                     Plaintiff,                                       17-CV-2452 (ALC)(SN)

        -against-                                       **SETTLEMENT CONFERENCE**
                                                                   **ORDER**

THE PACE GALLERY OF NEW YORK, INC.,
et al.,

                     Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received a letter from Defendant Pace Gallery responding to Plaintiff's letter filed at ECF No. 234. Defendant is reminded that all communications other than ex parte communications regarding settlement are required to be filed on the public docket. Defendant's emailed request to place Plaintiff's letter under seal is DENIED.

      Because Plaintiff requests a settlement conference, and because the Court has urged the parties to make a good-faith effort to resolve this five-year-old litigation, a settlement conference is scheduled for Monday, May 9, 2022, at 2:00 p.m. Eastern Time to take place telephonically. Prior to the conference, the Court will share the dial-in information with the parties.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Wednesday, May 4, 2022.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 29, 2022
         New York, New York