```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
 CBRE, INC.,                                           :
                                                       :
                          Plaintiff,                   :
                                                       :     17-cv-2452 (ALC)
            -against-                                  :
                                                       :     ORDER
 THE PACE GALLERY OF NEW YORK,                         :
 INC. and THE PACE GALLERY LLC,                        :
                                                       :
                          Respondents.                 :
------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 30, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at the conference held on June 27, 2022, Plaintiff's briefing is due by July 25, 2022 and Defendants' response is due August 15, 2022. A telephonic pre-trial conference will be held on November 17, 2022 at 2:00 p.m. Jury selection will being on November 28, 2022.

**SO ORDERED.**

**Dated:** **June 30, 2022**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**