**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

CBRE, INC.,                                    :

                              Plaintiff,       :
                                               :
                -against-                      :
                                               :
THE PACE GALLERY OF NEW YORK,                  :
INC. and THE PACE GALLERY LLC,                 :
                                               :
                              Respondents.     :

---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  July 21,2022

17-cv-2452 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the letters concerning the motions due on July 25, 2022. *See* ECF

Nos. 243–45. After reviewing these letters, the Court clarifies that these motions are not motions

in limine; motions in limine and *Daubert* motions will be due at a later date, schedule forthcoming.,

Defendants may also file its brief on July 25—as Defendants have represented they intend to do—

on the issues related to Plaintiff proceeding on its unjust enrichment, quantum meruit, and breach

of contract claims. Plaintiff shall file its opposition by August 15, 2022.

**SO ORDERED.**

Dated:    **July 21, 2022**
         **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**