UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CBRE, INC.,

                                 Plaintiff,

                   -against-

THE PACE GALLERY OF NEW YORK,
INC. and THE PACE GALLERY LLC,

                             Respondents.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _July 22,2022_

17-cv-2452 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Order dated July 21, 2022 (ECF No. 246) is hereby VACATED in part. Plaintiff's brief remains due on July 25, 2022 and Defendants' opposition remains due on August 15, 2022. Plaintiff's motion shall only address (1) whether "Defendants' Second Counterclaim for breach of contract and all related affirmative defenses" were dismissed and (2) "bifurcation of this action." ECF No. 244 at 1.

      Defendants' opening brief shall be due on August 15, 2022 and Plaintiff's response to Defendants' brief is due on September 6, 2022. Defendants shall submit one brief in opposition to Plaintiff's motion and one brief addressing the following issues: that "Plaintiff cannot proceed at trial under both its 6th cause of action for unjust enrichment and its 5th cause of action for quantum meruit and under both its causes of action for breach of contract and quantum meruit." ECF No. 247 at 2.

      Both parties shall have the opportunity to submit motions in limine at a later date.

**SO ORDERED.**

**Dated:   July 22, 2022**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2