```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 18, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE INC.,<br><br>                                **Plaintiff,**<br><br>                -against-<br><br>**THE PACE GALLERY LLC and THE PACE GALLERY OF NEW YORK, INC.,**<br><br>                              **Defendant.** | **17-CV-2452 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

If either party objects to the Court's scheduling order at ECF No. 262, it may file a letter (not to exceed three pages) explaining the basis for their objection and proposing alternate dates. Any letter must be filed by **October 20, 2022**. The parties are reminded that, in accordance with the undersigned's individual rules, all communication with the Court should be via ECF, unless instructed otherwise.

**SO ORDERED.**

**Dated:  October 18, 2022**
          **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**