USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CBRE, INC.,

                           **Plaintiff,**

-against-

THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY,

                           **Defendants.**

17-CV-2452 (ALC)(SN)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The telephonic conference originally scheduled for October 26 at 2:30 p.m. is adjourned to **Thursday, October 27, 2022 at 2:00 p.m.** All parties shall appear and contact the Court at **1-888-363-4749 (access code: 3768660)**.

Dated:  October 26, 2022
          New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**