UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC.,<br><br>       **Plaintiff,**<br><br>    -against-<br><br>THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY,<br><br>       **Defendants.** | 17-CV-2452 (ALC)(SN)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  A hearing on the pending motions in *limine* was held on October 27, 2022. The Court **DENIED** Plaintiff's request for clarification at ECF No. 250. Based on Defendants' representation on the record that they do not contest the validity of the March 2014 and November 2014 agreements, Plaintiff withdrew its claims for unjust enrichment and quantum meruit. Accordingly, Defendants' motion to strike at ECF No. 252 and Plaintiff's request for bifurcation at ECF No. 249 are **DENIED AS MOOT**. The trial set for November 28, 2022 shall proceed as a unified jury trial.

  As stated on the record, the Court will extend the *Daubert* briefing schedule: opening briefs shall be filed by **October 28, 2022**; responses are due by **November 4, 2022**; and any replies are due by **November 11, 2022**. The parties shall file their proposed voir dire, jury instructions (including the limiting instructions discussed on the record) and verdict form by **November 15, 2022**.

**Dated:  October 27, 2022**
   **New York, New York**

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**