USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CBRE, INC.,

                    **Plaintiff,**

-against-

THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY,

                    **Defendants.**

17-CV-2452 (ALC)(SN)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' letter asking the Court to set a November 15, 2022 deadline for motions in *limine* and Plaintiff's opposition letter asking the Court to set a November 7, 2022 deadline. (ECF Nos. 272, 280.) Defendants' requested briefing scheduled is **DENIED**. Any further motions in *limine* shall be filed by **November 7, 2022** and oppositions shall be filed by **November 14, 2022**. The parties are encouraged to meet and confer before seeking any further extensions from the Court.

Dated:  November 1, 2022
         New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**