UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY, <br><br> Defendants. | 17-CV-2452 (ALC)(SN) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic conference shall be held on **Friday, November 4, 2022 at 10:30 a.m.** All parties shall appear and contact the Court at **1-888-363-4749 (access code: 3768660)**.

Dated: November 3, 2022
      New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      United States District Judge