UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY, <br><br> Defendants. | 17-CV-2452 (ALC)(SN) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' motion for extension of time at ECF No. 297. The motion is **GRANTED**. The deadline for the parties to file their proposed voir dire, jury instructions and verdict form is extended to **November 16, 2022**.

In light of this extension, the final pre-trial conference scheduled for November 17, 2022 at 2:00 p.m. is adjourned to **Monday, November 21, 2022 at 4:00 p.m.** All parties shall appear and contact the Court at **1-888-363-4749 (access code: 3768660)**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 297.

Dated:  November 14, 2022
    New York, New York

                                             ANDREW L. CARTER, JR.
                                             United States District Judge