UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY, <br><br> Defendants. | 17-CV-2452 (ALC)(SN) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt non-party Lisa B Siegel's motion to quash filed by counsel for Plaintiff at ECF No. 308. Defendants are directed to file a response by **November 17, 2022.**

Dated: **November 16, 2022**
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**