UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY, <br><br> Defendants. | 17-CV-2452 (ALC)(SN) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt Defendants' letter motion at ECF No. 325 asking the Court to "order [that] Mr. Glimcher is not required to appear in the Courthouse on December 2, 2022 and shall be available from December 5, 2022." Defendants' motion is **DENIED** with leave to renew. The motion does not include any caselaw or basis upon which the Court may issue such an order.

If Defendants seek to renew their motion, they must submit a letter brief in support of their request by **November 23, 2022 at 5:00 p.m.** The brief in support of the motion <u>must</u> include: (1) law (including authoritative caselaw) supporting their request; (2) when Mr. Glimcher first knew about the dates for this trial; (3) when Mr. Glimcher scheduled his travel plans; and (4) when counsel for Defendants first learned about Mr. Glimcher's travel plans during the week of November 28. If Plaintiff seeks to oppose the motion, it may submit a brief in opposition by **November 25, 2022 at 5:00 p.m.**

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 325.

1

Dated:  November 23, 2022
       New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**