UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC.,<br><br>                     Plaintiff,<br><br>     -against-<br><br>THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY,<br><br>                     Defendants. | 17-CV-2452 (ALC)(SN)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the December 8, 2022 jury verdict, Plaintiff is directed to file a proposed judgment by **December 23, 2022**.

Additionally, the Court issued the following decisions during trial for the reasons stated on the record:

- The motion to quash at ECF No. 308 was **GRANTED IN PART** and **DENIED IN PART**.

- The letter motion to strike Pace's second counterclaim and to preclude evidence of Pace's damages at ECF No. 338 was **GRANTED IN PART** and **DENIED IN PART**.

- CBRE's motion for judgment as a matter of law at ECF No. 344 was **DENIED**.

- Pace's motion for judgment as a matter of law at ECF No. 346 was **DENIED**.

The Clerk of Court is respectfully requested to terminate the motions at ECF No. 308, 338, 344 and 346.

1

Dated:  December 12, 2022
      New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

2