UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE PACE GALLERY OF NEW YORK and THE PACE GALLERY LLC d/b/a PACE GALLERY, <br><br> Defendants. | 17-CV-2452 (ALC)(SN) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's Proposed Judgment at ECF No. 350. Accordingly, Defendants are directed to file any objections to the Proposed Judgment on or before December 21, 2022.

**Dated:  December 15, 2022**
       **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**