UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBRE, INC.,<br><br>                               Plaintiff,<br><br>v.<br><br>THE PACE GALLERY OF NEW YORK, INC. and THE PACE GALLERY LLC, D/B/A PACE GALLERY,<br><br>                               Defendants. | Case No. 1:17-cv-02452-ALC-SN<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Nathan A. Holcomb, Esq., of Nathan A. Holcomb Esq., PC, hereby appears as counsel in this case for Defendants The Pace Gallery of New York, Inc., and The Pace Gallery LLC, d/b/a Pace Gallery, and respectfully requests that all papers in this action be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated:  December 20, 2022                        NATHAN A. HOLCOMB ESQ., PC

                                                                      By: /s/  Nathan A. Holcomb
                                                                      125 Park Avenue, Suite 2618
                                                                      New York, New York 10017
                                                                      nholcomb@holcombpc.com
                                                                      646.819.0303

                                                                      *Counsel for Defendants*