

nholcomb@holcombpc.com
125 Park Ave. Ste. 2618, New York, NY 10017
646.819.0303
www.holcombpc.com

December 21, 2022

**VIA ECF**

Hon. Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 435
New York, NY 10007

RE:   *CBRE Inc., v. The Pace Gallery of New York, Inc., et al.*, No. 17-cv-02452-ALC-SN

Dear Judge Carter:

My firm recently entered an appearance on behalf of Defendants The Pace Gallery of New York, Inc., and The Pace Gallery, LLC, d/b/a Pace Gallery, in the above-captioned matter [ECF No. 352]. I write pursuant to the Court's December 15, 2022, Order [ECF No. 351] to state that Defendants have no objection to the form of the Proposed Judgment filed by Plaintiff CBRE, Inc. [ECF No. 350].[1]

Respectfully submitted,

/s/ *Nathan A. Holcomb*
    Nathan A. Holcomb

---

[1] For the avoidance of doubt, Defendants respectfully reserve their rights with respect to motions that the Federal Rules, including Rules 50 and 59, permit following entry of judgment.