UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CBRE, INC.,<br><br>                      **Plaintiff,**<br><br>-against-<br><br>THE PACE GALLERY OF NEW YORK, INC. and THE PACE GALLERY, LLC, d/b/a PACE GALLERY,<br><br>                      **Defendants.** | 17-CV-2452 (ALC)(SN)<br><br>~~[PROPOSED]~~<br>**FINAL JUDGMENT** |

On December 8, 2022, following an eight-day trial, a jury rendered a verdict in favor of Plaintiff CBRE, Inc. ("Plaintiff") in the amounts of $6,213,661.00 on its first cause of action and $94,943.20 on its second cause of action. Based on the evidence at trial, the Court finds that the dates of breach are June 11, 2015, for the first cause of action and March 6, 2015, for the second cause of action. Accordingly, Plaintiff shall have judgment in the amount of $6,308,604.20, plus interest in the amounts of $4,216,437.14 on the first cause of action and $66,696.95 on the second cause of action, for a total judgment in the amount of $10,591,738.29, as against Defendants The Pace Gallery of New York, Inc. and The Pace Gallery, LLC, d/b/a Pace Gallery ("Defendants").

On the same day, the jury rendered a verdict in favor of Plaintiff on Defendants' counterclaims for breach of fiduciary duty and breach of contract. Defendants shall take nothing by their counterclaims, which are dismissed with prejudice.

DATED:    New York, New York
                December 23, 2022

        SO ORDERED.

*/s/ Andrew L. Carter, Jr.*
Hon. Andrew L. Carter, Jr.                                          Clerk of Court
United States District Judge

The Clerk of Court is respectfully requested to enter final judgment and close the case.